IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Cr. A. No. 06- 100 M |
| EDWARD TICE | : | |

## MISDEMEANOR INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

From in or about August 2004 to in or about March 2005, in the State and District of Delaware, **EDWARD TICE**, defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to his own use money of the Social Security Administration, an agency and department of the United States, in violation of Title 18, United States Code, Section 641.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 5 SEP 06