AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __DELAWARE__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Edward Tice | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   06-100M (MPT) |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | **Magistrate Ctrm # 6C, 6th Floor** |
| | Date and Time |
| Before:   Honorable Mary Pat Thynge, U.S. Magistrate Judge | 9/28/06 at 1:00 PM |

\*\* Please report to the U.S. Marshal's office Rm #100 by NOON

To answer a(n)
☐ Indictment   X Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) ___641___

Brief description of offense:

EMBEZZLE, STEAL, PURLOIN, AND CONVERT MONEY FROM AN AGENCY OR DEPARTMENT OF UNITED STATES

_Evette Watson_, Deputy Clerk       September 6, 2006 in Wilmington, DE
Signature of Issuing Officer                            Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer



**U.S. Department of Justi**
United States Marshals Service
District of Delaware
844 King Street, Suite 1100
Wilmington, DE 19801–3519
Official Business
Penalty for Private Use $300

**CERTIFIED MAIL**

7004 1160 0006 7939 8586

Edward Tice
Wilmington,

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☒ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER



RTS — RETURN TO SENDER

$04.65
MAY 23 2005
MAILED FROM ZIP CODE 19801