AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.

Edward Tice

**SUMMONS IN A CRIMINAL CASE**

Case Number:   06-100M (MPT)

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before:   Honorable Mary Pat Thynge, U.S. Magistrate Judge | 11/30/06 at 1:00 PM |

\*\* Please report to the U.S. Marshal's office Rm #100 by NOON

To answer a(n)

☐ Indictment   X Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title ____18____ United States Code, Section(s) ____641____

Brief description of offense:

EMBEZZLE, STEAL, PURLOIN, AND CONVERT MONEY FROM AN AGENCY OR DEPARTMENT OF UNITED STATES

*[FILED 2006 NOV 22 AM 10:08 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]*

_Evette Watson_ Deputy Clerk
Signature of Issuing Officer

November 15, 2006 in Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: _____

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned    11-22-06
         Date

_DwThomas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website

OFFICIAL

Postage  $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Edward Tice
Cochranville, PA 19930

7004 1160 0006 7939 9323

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward Tice

Cochranville, PA 19930

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Edward Tice    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    11/17/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

7004 1160 0006 7939 9323

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540