AO86A (Rev. 4/91) Consent to Proceed—Misdemeanor

## UNITED STATES DISTRICT COURT

DISTRICT OF     Delaware

UNITED STATES OF AMERICA
V.

Edward Tice

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE**

Case Number:    06-100M (MPT)

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.

X *Edward Tice* ,
                   Defendant

### WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury.    *Edward Tice*
                                                                                                  Defendant

Consented to by United States    *Sophie E. Bryan*
                                                                                                   Signature

*Sophie E. Bryan, Assistant U.S. Attorney*
                                                                              Name and Title

### WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

X *Edward Tice* ,
                   Defendant

*Eleni Kousoulis*            Approved By: *[signature]*
Defendant's Attorney (if any)                          U.S. Magistrate Judge

11/30/06
Date