UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      :

                                :

            Plaintiff,         :

                                :

v.                             :        Criminal Action No. 06-100M-MPT

                                :

EDWARD TICE,               :

                                :

            Defendant.     :

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and

enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Edward Tice,

in the above-captioned matter.

/s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  December 5, 2006

## CERTIFICATE OF SERVICE

The undersigned attorney for defendant Edward Tice hereby certifies that a copy of

Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and

downloading and was electronically delivered on December 5, 2006, to:

David L. Hall, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE  19801

/s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  December 5, 2006